TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cesar Estuardo Charuco-Urrutia, <br><br> Petitioner <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; MICHAEL BERNACKE, Field Director, West Valley City Office; TODD LYONS, Acting Director; JOHN MATTOS, Nevada Southern Detention Center, <br><br> Respondents | Case No. 2:26-cv-00012-CDS-NJK <br><br> **Order Approving** Joint Stipulation for Extension of Time for Federal Respondent to File a Response to the Petition for Writ of Habeas Corpus **(ECF No. 5)** <br><br> **(First Request)** <br><br> [ECF No. 9] |

Petitioner Cesar Estuardo Charuco-Urrutia ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 5. At present Federal Respondents' response to the Petition is January 22, 2026. On January 15, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a seven-day extension, extending the deadline to January 29, 2026, but indicated

that, in light of the expedited nature of these proceedings, she would be unable to consent to any future extensions. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition from January 22, 2026, to January 29, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 15th day of January 2026.

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Margaret Lambrose
MARGARET LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maggie_Lambrose@fd.org
*Attorneys for Petitioner*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorneys

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**    January 16, 2026

2